Ricky FRANKLIN *v.* STATE of Arkansas

CR 94-407                                            875 S.W.2d 836

Supreme Court of Arkansas
Opinion delivered May 9, 1994

*Appellant*, pro se.

No response.

C. P. Christian, attorney for petitioner Ricky Franklin, is directed to appear before this court on June 6, 1994 at 9 a.m. and show cause why he should not be held in contempt of this court for failure to perfect an appeal of a judgment of conviction rendered against petitioner Ricky Franklin.

Order issued.